**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

Tina Trensey

Plaintiff,

v.

Civil Action No.: 3:26–cv–00156–CCB–SJF
Judge Cristal C Brisco

Equifax Information Services LLC, et al.

Defendant.

**CONSENT OR DECLINATION**
**TO MAGISTRATE JUDGE JURISDICTION**

I have read the Notice regarding the availability of a United States Magistrate Judge to exercise jurisdiction and **[select one of the following two options]**:

_____ In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post–judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

X_____ The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.

Parties: _EVERWISE CREDIT UNION_____

Dated: 6.22.26_____     Signature of Party or Attorney: _Sarah S. Strattwn____

**NOTE: This Consent or Declination to Magistrate Judge jurisdiction form must be returned to the Clerk of Court within twenty–one (21) days of receipt.** If the Consent Form is not returned within the twenty–one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.